UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                    CHAPTER 13
ROBERT A. ABELL
VICKIE L. ABELL                                CASE NO.  08-71482

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    Everhome Mortgage            **Court claim #: 3**

**Last four digits** of any number used to identify the debtor's account: 5439

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $10,158.78 |
| Amount Paid by Trustee | $10,158.78 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐   Thru the Chapter 13 Plan        ☒   Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  11/7/2013                      /s/Lydia S. Meyer
                                                           Lydia S. Meyer, Trustee
                                                           308 W. State St., Suite 212
                                                           Rockford, IL  61101

Certificate of Service

    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 7TH Day of November, 2013.

Dated:  11/7/2013                      /s/Cynthia K. Burnard

EVERHOME MORTGAGE
ATTN: DEFAULT CASH
301 W. BAY ST.
JACKSONVILLE, FL 32256

EVERHOME MORTGAGE COMPANY
PO BOX 2167
JACKSONVILLE, FL  32232

HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
ATTORNEYS AT LAW
111 EAST MAIN STREET
PO BOX 740
DECATUR, IL  62525-0740

ROBERT A. ABELL
VICKIE L. ABELL
800 W. 2ND STREET
ROCK FALLS, IL  61071

ATTORNEY CONRAD J. KNUTH
209 N. MAIN ST.
PO BOX 406
OHIO, IL  61349-0406